Decided September 5, 2008

## STATE OF CONNECTICUT *v.* LEON TELFORD

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 435 (AC 27162), is denied.

*William B. Westcott*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided September 5, 2008

## STATE OF CONNECTICUT *v.* TALANCE J. STITH

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 126 (AC 27731), is denied.

*Martha Brooke Hansen*, special public defender, in support of the petition.

*Raheem L. Mullins*, deputy assistant state's attorney, in opposition.

Decided September 5, 2008